UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DARRIEN BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 7:20-cv-00065 ) |
| VIRGINIA POLYTECHNIC INSTITUTE and STATE UNIVERSITY, *et al*, | ) ) ) ) |
| Defendants. | ) ) |

**AGREED DISMISSAL ORDER**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Parties, by counsel, advised the Court that they had compromised and settled all issues in dispute and entered into a written Settlement Agreement. The Court finds that the Settlement Agreement is a scholastic record under Virginia Code § 2.2-3700, *et seq.* In addition, the Court finds that the Settlement Agreement is an education record under 20 U.S.C. § 1232g, *et seq.* As such, the Court shall retain jurisdiction over this matter to enforce the Settlement Agreement. On the Parties' joint motion, it is accordingly ADJUDGED and ORDERED that this action be, and the same hereby is, dismissed with prejudice, with each party to pay its costs and attorney fees.

The Clerk of this Court is directed to strike this case from the Court's active docket and send a copy of this Order to counsel of record.

ENTER: This 18th day of February 2020.

_____
United States District Judge

Prepared by:

VIRGINIA POLYTECHNIC INSTITUTE & STATE UNIVERSITY

By   /s/ Kristina J. Hartman

Kay Heidbreder (VSB No.: 22288)
University Legal Counsel and
Senior Assistant Attorney General
heidbred@vt.edu

M. Hudson McClanahan (VSB No.: 46363)
Associate University Legal Counsel and
Assistant Attorney General
hud3@vt.edu

Stephen F. Capaldo (VSB No.: 74045)
Associate University Legal Counsel and
Assistant Attorney General
scapaldo@vt.edu

Kristina J. Hartman (VSB No.: 92279)
Associate University Legal Counsel and
Assistant Attorney General
kjhart06@vt.edu

University Legal Counsel (0121)
Burruss Hall, Suite 236, Virginia Tech
800 Drillfield Drive
Blacksburg, VA 24060
Phone: (540) 231-6293
Fax: (540) 231-6474

*Counsel for Defendants*


Seen and Agreed to:

DARRIEN BROWN

By   /s/ Robert E. Dean

Robert E. Dean, VSB No. 80288
ROB DEAN LAW
401 Campbell Avenue, Suite 302
Roanoke, VA 24016
Tel: (540) 585-1776
Fax: (540) 301-0833
rob@robdeanlaw.com
*Counsel for Plaintiff Darrien Brown*